UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOLANA SHIPPING LTD. and ZENON
SHIPPING LTD.,

                Plaintiffs,

    -against-

PALOMAR MARITIME INC., REMI
MARITIME CORP. and MIRAMAR MARITIME
INC.,

                Defendants.
------------------------------------------------------------X



07 Civ. (  )

FED. R. CIV. P.
7.1 CERTIFICATION

RECEIVED
DEC 2 6 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiffs SOLANA SHIPPING LTD. and ZENON SHIPPING LTD., certifies upon information and belief that Plaintiffs have no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
         December 26, 2007

                                      DeORCHIS, WIENER & PARTNERS, LLP
                                      Attorneys for Plaintiffs

                                      By: _____
                                        Christopher H. Mansuy (CM-0813)
                                        61 Broadway, 26th Floor
                                        New York, New York 10006-2802
                                        (212) 344-4700