UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
Solana Shipping Ltd. And Zenon Shipping Ltd.
                        Plaintiff,

07 CIVIL 11561 (DLC)

-against-

Paloman Maritime Inc. Remi Maritime Inc. And Minaman
                        Defendant.
--------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Christopher H. Mansuy__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ~~CM0813~~

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/~~Government Agency Association~~*

    From: DeOrchis & Partners LLP

    To: Mahoney & Keane LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 111 Broadway, 10th Floor, New York, NY  10006

☒ *Telephone Number:* 212-385-1422

☒ *Fax Number:* 212-385-1605

☒ *E-Mail Address:* cmansuy@mahoneykeane.com

Dated: February 25, 2008